## Creditor Matrix

**1) COL, LLC**

163 West 74th Street

New York, NY 10023

**2) DOVOM LLC**

3 West 57th Street, 7th Flr,

New York, NY, 10019

**3) Citizens BANK NA**

1 Citizens Plaza, Providence, RI 02903, USA

**4) JPMorgan Chase.**

P.O. Box 15018. Wilmington, DE 19850

**5) SYNCB/PPC**

PO Box 530975 Orlando, FL 32896

**6) American Express /CITI BANK NA**

P.O. Box 981535

El Paso, TX 79998-1535

**7) AMERICAN HONDA FINANCE CORPORATION**

P.O. BOX 1027

Alpharetta, GA 30009-1027

Date: November 1, 2022

---------------/S/-------------

Satish K Bhatia Esq (sb9222)